FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Juan LNU DEFENDANT(S). | CASE NUMBER 11-2019M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __thurs__, __9/1/11__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __RALPH ZAROFSKY__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __8/30/11__

_____
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)      ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT